SEPTEMBER 4, 1959

No. 63332.—Brown Boveri Corp. *v.* United States, protest 295406–K.— Case restored to docket by order of the court.

BEFORE THE THIRD DIVISION, SEPTEMBER 14, 1959

No. 63333.—Murbas Trading Co. *v.* United States, protests 242248–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the claim of the plaintiff was sustained.

DONLON, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra.*